IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT SINGH,<br>Plaintiff,<br>v.<br>CAROLYN MUZYKA, et al.<br>Defendants. | CASE NO. 1:26-CV-05924-KES-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to his filing of a Form I-130, Petition for Alien Relative under the Immigration and Nationality Act. Plaintiff served the current complaint on August 5, 2026, making the deadline for Defendants to respond October 5, 2026. The agency has determined that it needs additional information and anticipates scheduling an interview, likely to occur in the next thirty days; the agency will need additional time thereafter to review information gathered. This interview, and the follow up work anticipated, is necessary to continue the adjudicatory process. Given this status, the parties wish to extend the current deadline to allow the agency to schedule and conduct the interview, request and/or review any additional evidence or information as may be appropriate, and continue the adjudicatory process. To allow the adjudicatory process to continue, the parties hereby jointly stipulate to extend the current deadline for approximately sixty (60) days, to and including December 4, 2026. The parties further ask the Court to similarly extend any other deadlines and proceedings for a similar period of time.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is December 4, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: October 5, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Joe Siguenza (as authorized on October 2, 2026)*
JOE SIGUENZA
Counsel for Plaintiff

ORDER

Based on the stipulation by the parties, it is hereby ORDERED that:

1. Defendants shall have through and including December 4, 2026, to file an answer or other responsive pleading to Plaintiff's Complaint; and
2. The currently set October 29, 2026, initial scheduling conference is continued to December 14, 2026 at 11:00 a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **October 5, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE